IN THE UNITED STATES DISTRICT COURT
FRO THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ROBERT HULL,<br><br>PLAINTIFF<br><br>Vs<br><br>OCWEN LOAN SERVICING, LLC and<br>NATIONWIDE CREDIT, INC.,<br>DEFENDANTS. | CASE NO  4:P14-CV-00372-JAJ-CFB<br><br>STIPULATED DISMISSAL WITH PREJUDICE |

COMES NOW, the undersigned counsel for the parties herein and hereby submit the above-captioned Stipulated Dismissal with Prejudice as evidenced by the signatures below.

/S/ Samuel Z. Marks
Samuel Z. Marks
MARKS LAW FIRM, P.C.
4225 University Avenue
Des Moines, IA 50311
Telephone: (515) 276-7211
Fax:  (515) 276-6280
Email: sam@markslawdm.com
ATTORNEY FOR PLAINTIFF

/s/ Matthew Laughlin

/s/ Sarah Franklin

/s/ Margaret Hansen
Matthew E. Laughlin
Sarah K. Franklin
Margaret Hansen
DAVIS BROWN LAW FIRM
215 10TH Street, Suite 1300
Des Moines, IA 50309
ATTORNEYS FOR DEFENDANTS
OCWEN LOAN SERVICING LLC
& NATIONWIDE CREDIT, INC.